UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON COOPER, | No. C 14-2668 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JEFFREY BEARD, Secretary of CDCR, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a petition for writ of habeas corpus in this court after he obtains the necessary order from the court of appeals.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 26, 2014

                                              SUSAN ILLSTON
                                   United States District Judge